DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. WILFONG

No. 51A91

Case below: 101 N.C.App. 221

Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 7 March 1991.


PETITIONS TO REHEAR

McELVEEN-HUNTER v. FOUNTAIN MANOR ASSOC.

No. 143PA90

Case below: 328 N.C. 84

Petition by plaintiff to rehear pursuant to Rule 31 denied 7 March 1991.

WILSON v. McLEOD OIL CO.

No. 506A89

Case below: 327 N.C. 491

Petition by defendant (Estate of Riggan) to rehear pursuant to Rule 31 denied 7 March 1991.